# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WILLIE WESSON, ADC #113679**                                             **PLAINTIFF**

**VS.**                         **4:06CV00420 WRW**

**RICHARD H. MILES, Chief Executive**
**Officer Correctional Medical Services, et al**                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the timely objections.

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Defendant Anderson's Motion to Dismiss (Doc. No. 9) is GRANTED and this case is DISMISSED, WITHOUT PREJUDICE. Defendant UAMS's Motion to Dismiss (Doc. No. 23) is DENIED as MOOT and Plaintiff's Motion for Default Judgment (Doc. No. 29) is DENIED. Additionally, under 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 8th day of August, 2006.


                                                /s/ Wm. R.Wilson,Jr.
                                                UNITED STATES DISTRICT JUDGE